UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER V. LANGONE, and others,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DEL MONTE CORPORATION, MILO'S KITCHEN, LLC, KROGER CO., and KING SOOPERS, INC.,<br><br>　　　　　Defendants. | Case No. 12-cv-04671 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 4 |

On December 11, 2012, plaintiffs filed an ex parte application to continue the case management conference currently scheduled for December 12, 2012. The motion is GRANTED. The case management conference is continued to January 9, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. Plaintiffs' motion to appear by telephone at the January 9, 2013 case management conference is DENIED.

By January 2, 2013, the parties must file a joint case management statement. Also by January 2, the parties must consent to or decline the jurisdiction of a United States magistrate judge.

IT IS SO ORDERED.

Date: December 11, 2012

_____
Nathanael M. Cousins
United States Magistrate Judge