# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER V. LANGONE, and others,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DEL MONTE CORPORATION, MILO'S KITCHEN, LLC, KROGER CO., and KING SOOPERS, INC.,<br><br>　　　　Defendants. | Case No. 12-cv-04671 NC<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Re: Dkt. No. 6 |

On December 18, 2012, plaintiffs filed an administrative motion to consider whether this case should be related to *Ruff v. Del Monte Corporation*, 12-cv-05251 SC, currently pending before Judge Conti, and *Funke v. Del Monte Corporation*, 12-cv-05323 MEJ, currently pending before Judge James.  Local Rule 3-12(b) requires plaintiffs to serve a copy of the motion on "all known parties to each apparently related action."  Plaintiffs' declaration of service, Dkt. No. 9, does not indicate that the parties in *Ruff* or *Funke* were served; nor do the dockets.  Accordingly, plaintiffs must certify that they have served all parties in compliance with Local Rules 3-12(b), 5-6(a), and 28 U.S.C. § 1746.  In addition, the parties will have until January 2, 2013 to file an opposition to or support for plaintiffs' motion to relate in accordance with Local Rules 3-12(e) and 7-11(b).

　　　IT IS SO ORDERED.

　　　Date: December 19, 2012　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge