# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER V. LANGONE, and others,<br><br>Plaintiffs,<br><br>v.<br><br>DEL MONTE CORPORATION, MILO'S KITCHEN, LLC, KROGER CO., and KING SOOPERS, INC.,<br><br>Defendants. | Case No. 12-cv-04671 NC<br><br>**ORDER RE: CONSENT/DECLINE JURISDICTION OF MAGISTRATE JUDGE** |

On December 11, 2012, the Court ordered the parties to consent to or decline the jurisdiction of a United States magistrate judge by January 2, 2013. The parties failed to respond. The parties must file the attached notice of consent or declination by January 31, 2013 at 5:00 p.m.

IT IS SO ORDERED.

Date: January 17, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-04671 NC
ORDER RE: CONSENT/DECLINE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER V. LANGONE, and others,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEL MONTE CORPORATION, MILO'S KITCHEN, LLC, KROGER CO., and KING SOOPERS, INC.,<br><br>    Defendants. | Case No. 12-cv-04671 NC<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____  _____
                                       Signature

                                       Counsel for _____
                                       (Name or party or indicate "pro se")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER V. LANGONE, and others,<br><br>    Plaintiffs,<br><br>v.<br><br>DEL MONTE CORPORATION, MILO'S KITCHEN, LLC, KROGER CO., and KING SOOPERS, INC.,<br><br>    Defendants. | Case No. 12-cv-04671 NC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____      _____
                                                                                   Signature

                                                                                    Counsel for _____
                                                                                    (Name or party or indicate "pro se")